# Court of Appeals
# of the State of Georgia

ATLANTA,  August 27, 2019

*The Court of Appeals hereby passes the following order:*

**A19A2374.  MYLES PEMBLETON v THE STATE.**

In February 14, 2018, Myles Pembleton pled guilty to 28 felonies, including armed robbery and aggravated assault, and the trial court sentenced him to 60 years with the 30 to serve in confinement.  On June 13, 2019, Pembleton filed a pro se notice of appeal.  We lack jurisdiction.

A notice of appeal must be filed within 30 days after entry of an appealable order or judgment. OCGA § 5-6-38 (a). The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction on this Court. *Rowland v. State*, 264 Ga. 872, 872 (1) (452 SE2d 756) (1995). Pembleton's notice of appeal is untimely, as it was filed 484 days after entry of the judgment he seeks to appeal. Accordingly, this appeal is hereby DISMISSED.

To the extent that Pembleton's right to appeal was frustrated by his counsel's failure to file a timely notice of appeal, he may be entitled to an out-of-time appeal. See *Rowland v. State*, 264 Ga. 872, 875-876 (2) (452 SE2d 756) (1995).  He therefore is informed of the following in accordance with *Rowland*:

> This appeal has been dismissed because you failed to file a timely notice of appeal. If you still wish to appeal, you may petition the trial court for leave to file an out-of-time appeal. If the trial court grants your request, you will have 30 days from the entry of that order to file a notice of appeal referencing your conviction. If the trial court denies your request, you will have 30 days from the entry of that order to file a notice of appeal referencing the denial of your request for an out-of-time appeal.

The clerk of court is DIRECTED to send a copy of this order to Pembleton as well as to Pembleton's attorney, who is also DIRECTED to send a copy to Pembleton.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta, 08/27/2019*
   *I certify that the above is a true extract from* *the minutes of the Court of Appeals of Georgia.*
   *Witness my signature and the seal of said court* *hereto affixed the day and year last above written.*

                *, Clerk.*